**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JAMAL SNEED, | Case No. 3:25-CV-00707-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

On December 4, 2025, Plaintiff Jamal Sneed filed an application to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 4.) Plaintiff checked a box on the IFP application reflecting that he is filing this case under 42 U.S.C. § 1983, but he did not submit a complaint. It is also unclear if Plaintiff intended for this IFP application to open a new case, as he has recently been directed to pay the filing fee or file an IFP application in another pending case, *Sneed v. Nevada Dep't of Corr., et al.*, 3:25-cv-00654-MMD-CLB. *See id.*, ECF No. 3 (D. Nev. Nov. 17, 2025). If Plaintiff did not intend for this to be a new case, then he may file a notice to voluntarily dismiss this case and request for the Clerk of Court to file this IFP application in Case 3:25-cv-00654-MMD-CLB. But if Plaintiff did intend to open a new case, then he must submit a complaint in this case **by January 9, 2026**. Regardless, Plaintiff is reminded that he must list the proper case number in the caption of all documents that he files with the Court to ensure that they are filed in the proper case.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Local Rule LSR 2-1. Because he is representing himself, Plaintiff must personally sign every filing he submits to the Court. *See* Fed. R. Civ. P. 11(a).

1    Accordingly, **IT IS ORDERED** that if Plaintiff did not intend to open a new case, then he may file a notice to voluntarily dismiss this case and request for the Clerk of Court to file this IFP application in Case 3:25-cv-00654-MMD-CLB.

**IT IS FURTHER ORDERED** that Plaintiff has until January 9, 2026, to submit a signed complaint in this case.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can submit a complaint.

The Clerk of Court is directed to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

**IT IS SO ORDERED.**

**DATED**: December 10, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**