UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMAL SNEED,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　Defendant. | Case No. 3:25-cv-00707-MMD-CLB<br><br>ORDER |

Jamal Sneed filed an application to proceed *in forma pauperis* (ECF Nos. 1, 4 ("IFP")) without a complaint. The Court noted that it was unclear if Sneed intended for this IFP application to open a new case, as Sneed had recently been directed to pay the filing fee or file an IFP application in another pending case, *Sneed v. Nevada Dep't of Corr., et al.*, 3:25-cv-00654-MMD-CLB. *See id.*, ECF No. 3 (D. Nev. Nov. 17, 2025); (ECF No. 5.) The Court explained that, if Sneed did not intend for this to be a new case, then he may file a notice to voluntarily dismiss this case and request for the Clerk of Court to file this IFP application in Case 3:25-cv-00654-MMD-CLB. (ECF No. 5.) But if Sneed did intend to open a new case, then he must submit a complaint. (*Id.*) Sneed has now filed a notice of dismissal without prejudice. (ECF No. 6.)

A "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party either serves an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). No responsive pleading has been filed, so the Court acknowledges that this case has been dismissed without prejudice.

It is therefore ordered that this case has been dismissed in its entirety without prejudice.

      The Clerk of Court is kindly directed to file Sneed's IFP application (ECF Nos. 1, 4) in Case 3:25-cv-00654-MMD-CLB. Sneed is cautioned that all further documents related to this case should be filed only in Case 3:25-cv-00654-MMD-CLB.

      The Clerk of Court is further directed to close the case.

      DATED THIS 22nd Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE